In the Matter of SYDNEY ROTHMAN, an Incompetent Person.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Dissolution Proceedings of the PRINCE HAT LINING Co., INC., a Domestic Corporation, v. NATHAN PRINCE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEWIS R. SCHWARTZ, INC., v. ESTATE OF ADOLPH BRUSSEL, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.    Motion for a stay granted.    Present — Finch, P. J., Merrell, Martin and Townley, JJ.

In the Matter of the Application of LOUIS WALDMAN for a Certiorari Order against THOMAS W. CHURCHILL, a Justice of the Supreme Court of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon petitioner's filing the undertaking required by section 593 of the Civil Practice Act.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

C. N. H. F., INC., v. NEIL P. CULLOM and THE EQUITABLE TRUST COMPANY OF NEW YORK, as Executors, etc., of CHARLES K. EAGLE, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.    Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon plaintiff's filing the undertaking required by section 593 of the Civil Practice Act.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

DAVID FISHER and Another v. UNITED STATES CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX LIPSKY and Others.— Motion for reargument denied.    Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

NORMA HARTLOVE and Another v. SLATTERY DAINO Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

COMMERCIAL CREDIT CORPORATION v. LOUIS MOSKOWITZ, Impleaded with JAMES CAVAZOS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

JACOB THOMA v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.    Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.